JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **MATTHEW LEE MOOR,**<br>Petitioner,<br>v.<br>DANIEL PARAMO (Warden),<br>Respondent. | No. LA CV 18-00769-VBF-DFM<br><br>**FINAL JUDGMENT** |

Final judgment is hereby entered in favor of the respondent warden and against petitioner Matthew Lee Moor.

IT IS SO ADJUDGED.

Dated: November 19, 2019

*Valerie Baker Fairbank*
Honorable Valerie Baker Fairbank
Senior United States District Judge